FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 31 PM 2:47
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SALT BRANDING, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KATHERINE PALKOWSKI, d/b/a Salt and Lime Design, and SCOTT PALKOWSKI, d/b/a Salt and Lime Design,<br><br>　　　　Defendants. | CASE NO. CV413-229 |

## O R D E R

Before the Court is Plaintiff Salt Branding, LLC's Stipulation of Dismissal. (Doc. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because no Defendant has filed either an answer or a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA